03-00219
USDC/RI
Smith, J

# United States Court of Appeals
## For the First Circuit

No. 05-1484

KATHARINE UMSTED; ALEXANDRA STODGHILL; TRUXTON UMSTED,

MANDATE

Plaintiffs, Appellants,

v.

LINDA J. UMSTED, in her capacity as Co-Executor of the Estate of Scott Umsted, Jr., and as Trustee of the Scott Umsted, Jr. Family Trust, and as Trustee of the Scott Umsted, Jr. Marital Trust; QUENTIN ANTHONY, in his capacity as Co-Executor of the Estate of Scott Umsted, Jr., and as Trustee of the Scott Umsted, Jr. Family Trust, and as Trustee of the Scott Umsted, Jr. Marital Trust,

Defendants, Appellees.

**JUDGMENT**

Entered: April 14, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Costs are awarded to the defendants.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

MG

**Deputy Clerk**

**Date:** 5/5/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Jackvony, Mr. Welch & Mr. Anthony.]